76 P.3d 625

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**September 12, 2003**

| 24170 | Craig v. County of Maui | Affirmed |

**September 15, 2003**

| 24841 | State v. Cuntapay | Remanded |

**September 17, 2003**

| 25276 | Akau v. Planning Com'n | Affirmed |